UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|    Robert McKearin, Jr. and | ) | Case No.  10-10103 |
|    Jaime McKearin | ) | Chapter 7 |
| | ) | |
|          Debtors | ) | |
| _____ | ) | |

### EX PARTE APPLICATION TO DEPOSIT IN REGISTRY FUND

**NOW COMES** the Trustee, Roberts & Stevens, P.A., by and through its attorney, and makes Application to the Court as follows:

1. Roberts & Stevens, P.A. is the duly appointed and acting Trustee in Bankruptcy for Robert and Jaime McKearin. An Order was entered on October 19, 2010, directing the Trustee to make a final disbursement of the funds on hand.

2. The Trustee has made distribution of funds to those creditors, including general, unsecured creditors, whose pro-rata shares amounted to more than $5.00.

3. There are certain creditors whose pro-rata shares amount to less than $5.00 and the names and addresses of said creditors, and their pro-rata shares are:

| Creditor | Claim No. | Address | Pro Rata Share |
|---|---|---|---|
| HSBC Bank Nevada, N.A. | 8 | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ  85712 | $2.04 |

**WHEREFORE**, your Applicant respectfully prays the Court that an Order be entered allowing and directing the Trustee to deposit in the Registry Fund of the United States. Bankruptcy Court the total amount of $2.04, said sum arising from the pro-rata distributions that are less than $5.00.

Respectfully submitted, this the __ day of November, 2010.

                                            **ROBERTS & STEVENS, P.A.**

                                            _____
                                            Marc Rudow
                                            Attorney for Trustee
                                            NC State Bar No.  8962
                                            P. O. Box 7647
                                            Asheville, NC  28802
                                            Phone:  (828) 252-6600

R&S 798104-1